UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| TODD M. FREIDEMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, ACTING COMM'R OF SOCIAL SECURITY;<br><br>    Defendant. | 4:17-CV-04039-KES<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

  Plaintiff, Todd Freideman, filed a Motion to Reverse the Commissioner of the Social Security Administration. Docket 13. The court referred the motion to United States Magistrate Judge Veronica Duffy. Docket 18.

  Magistrate Judge Duffy filed a report and recommended that the district court reverse and remand the Commissioner's decision. Objections to the report and recommendation were due on February 15, 2018.

  The time for objections has passed and no objections to the report and recommendation have been filed. The court has considered the case de novo and adopts the report and recommendation in full. Thus, it is

  ORDERED that the report and recommendation (Docket 20) is adopted in full.

IT IS FURTHER ORDERED that the Commissioner's decision is reversed and remanded to the Social Security Administration for further administrative proceedings.

Dated February 20, 2018.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE